No. 97–930.  BUCKLEY, SECRETARY OF STATE OF COLORADO *v.* AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL. C. A. 10th Cir.  [Certiorari granted, 522 U. S. 1107.]  Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted.

No. 97–1121.  CITY OF CHICAGO *v.* MORALES ET AL.  Sup. Ct. Ill.  [Certiorari granted, *ante,* p. 1071.]  Motion of petitioner to dispense with printing the joint appendix granted.

No. 97–1485.  COATES, DIRECTOR, MASSACHUSETTS DIVISION OF MARINE FISHERIES, ET AL. *v.* STRAHAN.  C. A. 1st Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–7615.  WHITFIELD *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1044] denied.

No. 97–8309.  MARTINEZ ET AL. *v.* DOBRA (two judgments). C. A. 6th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8.  Petitioners are allowed until June 8, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–8186.  IN RE STEIN;
No. 97–8667.  IN RE SANDERS;
No. 97–8727.  IN RE CHESTEEN;
No. 97–8735.  IN RE FLYNN;
No. 97–8736.  IN RE GIBSON; and
No. 97–8747.  IN RE PRICE.  Petitions for writs of habeas corpus denied.

No. 97–8270.  IN RE ADAMS;
No. 97–8304.  IN RE WILLIAMS LEWIS;
No. 97–8330.  IN RE RICHARDS;
No. 97–8581.  IN RE KEEPER; and
No. 97–8614.  IN RE BAILEY.  Petitions for writs of mandamus denied.

No. 97–8237.  IN RE HUGHLEY.  Petition for writ of prohibition denied.